69384. VOIGHT v. ORR et al.
(326 SE2d 480)

BEASLEY, Judge.

Appeal was taken from a judgment sustaining a traverse to plaintiff's affidavit in garnishment and dismissing the garnishment proceedings.

OCGA § 5-6-35 (a) (4), as amended effective July 1, 1984 (Ga. L. 1984, pp. 599, 601), sets forth that appeals from cases involving garnishment shall be taken by application for discretionary appeal. The instant appeal is therefore subject to dismissal since it was filed on July 5, 1984, and there was no attempt made to comply with the provisions of OCGA § 5-6-35.

*Appeal dismissed. Birdsong, P. J., and Carley, J., concur.*

DECIDED JANUARY 7, 1985.

*Reginald C. Wisenbaker*, for appellant.
*E. Cameron Hickman*, for appellees.